No. 23-2723

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

EIDO HUSSAM AL-NAHHAS,

*Plaintiff-Appellee,*

v.

777 PARTNERS, LLC and TACTICAL MARKETING PARTNERS, LLC,

*Defendants-Appellants.*

Appeal from the United States District Court
for the Northern District of Illinois
Case No.: 1:22-cv-00750
The Honorable John J. Tharp Jr., District Judge

## PLAINTIFF-APPELLEE'S RESPONSE TO DEFENDANTS-APPELLANTS' MOTION FOR LEAVE TO FILE AN UNREDACTED BRIEF AND DECLARATION UNDER SEAL

Edward A. Wallace
Mark R. Miller
Matthew J. Goldstein
**WALLACE MILLER**
150 North Wacker Drive
Suite 1100
Chicago, IL 60606
eaw@wallacemiller.com
mrm@wallacemiller.com
mjg@wallacemiller.com
T. 312.261.6193
F. 312.275.8174

*Counsel for Plaintiff-Appellee*

Plaintiff-Appellee Eido Hussam Al-Nahhas ("Plaintiff") submits this response to Defendant-Appellant 777 Partners, LLC and Defendant-Appellant Tactical Marketing Partners, LLC's (collectively, the "777 Defendants") Motion for Leave to File an Unredacted Brief and Declaration Under Seal ("Motion to Seal") (App. Dkt. 47-1).

While Plaintiff does not oppose the 777 Defendants' request for leave to file under seal an unredacted copy of their reply brief and declaration, he submits that the new arguments and matters raised therein are erroneous and, in any case, should be disregarded. *See Darif v. Holder*, 739 F.3d 329, 336-337 (7th Cir. 2014) ("arguments raised for the first time in a reply brief are waived."). In addition, Plaintiff objects to the 777 Defendants' request that the Court order them "to file the documents in the public record" (App. Dkt. 47-1 p. 6 of 42) if the Motion to Seal is denied.

Dated: March 11, 2024

Respectfully submitted,

*/s/ Matthew J. Goldstein*

Edward A. Wallace
Mark R. Miller
Matthew J. Goldstein
**WALLACE MILLER**
150 North Wacker Drive
Suite 1100
Chicago, IL 60606
eaw@wallacemiller.com
mrm@wallacemiller.com
mjg@wallacemiller.com
T. 312.261.6193
F. 312.275.8174

*Counsel for Plaintiff-Appellee*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 27(d), I hereby certify that this document has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 Business in 12-point Bookman Old Style font and contains 379 words in total.

*/s/ Matthew J. Goldstein*
Matthew J. Goldstein

## **CERTIFICATE OF SERVICE**

I, Matthew J. Goldstein, certify that on Monday, March 11, 2024, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, and notification of such filing was sent to all counsel of record.

>*/s/ Matthew J. Goldstein*
>Matthew J. Goldstein