# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

April 17, 2025

**Before**

FRANK H. EASTERBROOK, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

CANDACE JACKSON-AKIWUMI, *Circuit Judge*

No. 23-2723

| | |
|---|---|
| EIDO HUSSAM AL-NAHHAS,<br>　　　　*Plaintiff - Appellee,*<br><br>　　*v.*<br><br>777 PARTNERS LLC and TACTICAL<br>MARKETING PARTNERS,<br>LLC,<br>　　　*Defendants - Appellants.* | Appeal from the United<br>States District Court for the Northern<br>District of Illinois, Eastern Division.<br><br>No. 1:22-cv-00750<br><br>John J. Tharp, Jr.,<br>*District Judge.* |

**O R D E R**

Defendants-Appellants filed a petition for rehearing and rehearing *en banc* on March 5, 2025. No judge in regular active service has requested a vote on the petition for rehearing *en banc*, and all members of the original panel have voted to deny panel rehearing.

The petition for rehearing and rehearing *en banc* is therefore **DENIED**.